# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DWAYNE A. WOODS,
        Petitioner,

JUDGMENT IN A CIVIL CASE

v.

STEPHEN C. SINCLAIR,
        Respondent.

CASE NUMBER: CV-05-0319-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Order Denying Petition, Supplement, and Revised Petition for a Writ of Habeas Corpus, Ct. Rec. 185, entered on February 5, 2009, that:

Petitioner's Request for Discovery and Evidentiary Hearing is DENIED;

Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, Ct. Rec. 66, filed July 21, 2006, is DENIED;

Petitioner's Supplement to Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus Filed 7/21/06, Ct. Rec. 80, filed August 14, 2006, is DENIED;

Petitioner's Revised Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, Ct. Rec. 120, filed on January 11, 2007, is DENIED; and

The Stipulated Emergency Order Staying Execution of Dwayne Anthony Woods, Ct. Rec. 5, is LIFTED.

| | |
|---|---|
| February 5, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |