# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DWAYNE A. WOODS, | NO. 2:05-cv-00319-LRS |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER GRANTING JOINT MOTION TO DISMISS PETITION |
| DONALD R. HOLBROOK, | |
| Respondent. | |

The Court, having considered the Joint Motion to Dismiss Petition (ECF No. 255) as moot, and the remaining files herein, does hereby find and ORDER: the Joint Motion to Dismiss Petition (ECF No. 255) is **GRANTED**. The Petition is DISMISSED as moot due to the death of the Petitioner. The Clerk shall CLOSE THE FILE.

DATED this 13th day of January, 2017.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER - 1